# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 17, 2025

Mr. Jean-Claude Andre
Mr. Richard S. Busch
Mr. Robb S. Harvey
Mr. David Paul Mattern
Mr. Andrew John Pincus

Re: Case No. 24-5894/24-5849, *Eight Mile Style, LLC, et al v. Spotify USA Inc., et al*
Originating Case No. 3:19-cv-00736

Dear Counsel,

Briefing in this case will be held in abeyance temporarily pending a ruling on the motion to dismiss the cross appeal (24-5849). When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032

cc: Mr. Daniel B. Asimow
    Mr. Jacob Thomas Clabo
    Mr. Andrew Hunt Davis
    Mr. Chris Michael LaRocco
    Mr. David Niemierzycki
    Mr. Archis Ashok Parasharami
    Mr. Geoffrey M. Pipoly
    Ms. Elisabeth S. Theodore
    Mr. David Zeitlin