# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| EIGHT MILE STYLE, LLC and MARTIN AFFILIATED, LLC, <br><br> *Plaintiffs – Appellants/Cross-Appellees*, <br><br> v. <br><br> SPOTIFY USA INC., <br><br> *Defendant – Appellee/Cross-Appellant.* <br><br> KOBALT MUSIC PUBLISHING AMERICA, INC; THE HARRY FOX AGENCY LLC, <br><br> *Defendant-Appellees* [24-5849]/ <br> *Defendants* [24-5894]. | Case Nos. 24-5849, 24-5894 <br><br> Originating Case No. 3:19-cv-00736 |

## VOLUNTARY DISMISSAL PURSUANT TO FED. R. APP. P. 42(b)

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiff-Appellant and Cross-Appellee Eight Mile Style, LLC; Defendant-Appellee The Harry Fox Agency LLC; and Defendant-Appellee and Cross-Appellant Spotify USA Inc. hereby give notice that the Parties voluntarily dismiss the above-captioned appeal and cross-appeal with prejudice. All parties will bear their own costs and attorneys' fees.

Dated: December 17, 2025

By: */s/ Richard S. Busch*

Richard S. Busch
Andrew Hunt Davis
David M. Niemierzycki
KING & BALLOW
26 Century Boulevard, Suite NT 700
Nashville, Tennessee 37214
Telephone: (615) 259-3456
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com

Daniel B. Asimow
ARNOLD & PORTER KAYE SCHOLER LLP
3 Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
daniel.asimow@arnoldporter.com

Elisabeth S. Theodore
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
elisabeth.theodore@arnoldporter.com

*Attorneys for Eight Mile Style, LLC and Martin Affiliated, LLC*

By: */s/ Chris M. LaRocco*

Chris M. LaRocco
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas

Respectfully Submitted,

By: */s/ Archis A. Parasharami*

Archis A. Parasharami
Andrew J. Pincus
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3220
Telephone: (202) 263-5328
apincus@mayerbrown.com
aparasharami@mayerbrown.com

Matthew D. Ingber
Rory K. Schneider
Allison Aviki
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com

*Attorneys for Spotify USA Inc.*

New York, NY 10104
Telephone: (212) 541-2000
chris.larocco@bclplaw.com

Jacob T. Clabo (BPR #36760)
GRIFFIN BOWEN, PLLC
48 Music Square East
Nashville, TN 37203
Telephone: (615) 742-4800
jclabo@griffinbowen.com

Geoffrey M. Pipoly
BRYAN CAVE LEIGHTON PAISNER LLP
161 N. Clark Street, Ste. 4300
Chicago, IL 60601
Telephone: (312) 602-5078
geoff.pipoly@bclplaw.com

Jean-Claude André
BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: (310) 576-2148
jc.andre@bclplaw.com

*Attorneys for The Harry Fox Agency LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with the type-volume limitation in Fed. R. App. P. 27(d)(2), as it contains 410 words.

*/s/ Archis A. Parasharami*

Archis A. Parasharami

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Archis A. Parasharami*

Archis A. Parasharami